## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS ROMAN,                          :

     **Plaintiff**                          :

                                    **CIVIL ACTION NO. 3:13-1053**

   **v.**                                       :         **(JUDGE MANNION)**

RONALD LONG, <u>et al.</u>,                :

     **Defendants**                       :

### <u>ORDER</u>

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1.    Plaintiff's action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. Poulis v. State Farm Fire and Casualty Co., 747 F.2d 863, 868 (3d Cir.1984).

2.    The Clerk of Court is directed to **CLOSE** this case.

3.    Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. <u>See</u> 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 28, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1053-01-ORDER.wpd